

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    In this accelerated appeal of the February 28, 2019 order terminating appellant Mom's parental rights, we granted Appellant's first motion for a four-day extension of time to file Appellant's brief. The brief was due on August 23, 2019.

    After the once-extended due date, Appellant filed a second motion for a four-day extension of time to file the brief until August 27, 2019.

    Appellant's motion is GRANTED. Appellant Mom's brief is due on August 27, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

        _____
        Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.

        _____
        KEITH E. HOTTLE,
        Clerk of Court